# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leroy R. Whitfield<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 12-15674 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 4100

                    Respectfully submitted,

                    **<u>/s/Joshua I. Goldman, Esquire</u>**
                    Joshua I. Goldman, Esquire
                    Thomas Puleo, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406