Certificate Number: 01401-PAE-DE-028784063

Bankruptcy Case Number: 12-15674



01401-PAE-DE-028784063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2017, at 6:20 o'clock PM EST, Leroy R Whitfield completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 19, 2017          By: /s/Jeremy Lark

                                 Name: Jeremy Lark

                                 Title: FCC Manager