United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-15674-elf
Leroy R. Whitfield                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 2          Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db           +Leroy R. Whitfield,    2726 S. 76th Street,    Philadelphia, PA 19153-2126
cr          ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services dba GM Financial,    P.O. Box 99605,
              Arlington, TX 76096-9605)
12780285     +AETNA,   151 Farmington Ave.,    Attn: Payroll,    Hartford, CT 06156-0002
12780287      Capital One Bank,    P.O. BOX 71003,    Attn: Bankruptcy Dept.,    Charlotte, NC 28272-1003
12780288      Chase,   P.O. BOX 15153,    Attn: Bankruptcy Dept.,    Wilmington, DE 19886-5153
12780292     +GM Financial,    4001 Embarcadero Drive, Suite 200,    Attn: Bankruptcy Dept.,
              Arlington, TX 76014-4106
12780291     +General Revenue Corp.,    11100 USA Pkwy., #MC8365,    Attn: Bankruptcy Dept.,
              Fishers, IN 46037-9203
12780293     +HSBC/Best Buys,    P.O. BOX 5253,    Attn: Bankruptcy dept.,    Carol Stream, IL 60197-5253
12780294      Lawrence T. Phelan,   One Penn Center at Suburban Station,     1617 J.F.Kennedy Blvd., Suite 1400,
              Philadelphia, PA 19103-1814
13806637     +NATIONSTAR MORTGAGE LLC,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
              701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
13890189     +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
12780296     +P.G.W.,   800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
12915562      US Department of Education,    PO BOX 65128,    St Paul MN 55165
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:03     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:49
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12917868      E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:02     City of Philadelphia,
              SchoolDistrict of Philadelphia,    Law Department - Tax Unit,   One Parkway Building,
              1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12780289      E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:02     City of Philadelphia - Law Department,
              One Parkway Building, 15th floor,    1515 Arch Street,   Philadelphia, PA 19102-1595
12780286      E-mail/Text: BankruptcyNotices@aafes.com Sep 09 2017 02:31:16     Army & Air Force Exchange,
              Attn: FA-T/R-CA,   P.O. BOX 660056,   Dallas, TX 75265-0056
12791196      E-mail/Text: BankruptcyNotices@aafes.com Sep 09 2017 02:31:16     AAFES/MIL STAR/EXCHANGE,
              c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374
12788080     +E-mail/Text: bankruptcy@cavps.com Sep 09 2017 02:32:36     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
12780290     +E-mail/Text: DMCCO.VBASPL@va.gov Sep 09 2017 02:33:46     Department of Veterans Affairs,
              P.O. BOX 11930,   Attn: Bankruptcy Dept.,   Saint Paul, MN 55111-0930
12828780      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 09 2017 02:32:31     Jefferson Capital Systems LLC,
              PO BOX 7999,   SAINT CLOUD MN 56302-9617
12829527      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 09 2017 02:32:31     Jefferson Capital Systems, LLC,
              PO BOX 953185,   ST LOUIS, MO 63195-3185
12780295     +E-mail/Text: egssupportservices@egscorp.com Sep 09 2017 02:32:29
              NCO Financial Systems, Inc.,   P.O. BOX 7172- Attn: 417,   5626 Frantz Road,
              Attn: Bankruptcy Dept.,   Dublin, OH 43017-1559
12935833      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:26
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk, VA 23541
12934343      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:27
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX  76096)
12784908*   ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
              Arlington TX 76096)
12830579    ##+PHH MORTGAGE CORPORATION,    2001 BISHOPS GATE BOULEVARD,    MOUNT LAUREL, NJ 08054-4604
12780297    ##+PHH Mortgage Corporation,    2001 Bishop Gate Blvd.,   Attn: Bankruptcy Dept.,
              Mount Laurel, NJ 08054-4604
                                                                                  TOTALS: 0, * 2, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Leroy R. Whitfield efiling@mlatzes-law.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leroy R. Whitfield
    Debtor(s)

Bankruptcy No: 12−15674−elf
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

91 – 90
Form 138_new